MITCHELL FRIEDMAN *v.* PETER DEMATO ET AL.
(9341)

SPALLONE, NORCOTT and LAVERY, Js.

Argued April 26—decision released May 14, 1991

*David S. Grossman,* for the appellants (defendants).
*John T. Shearman,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

MARIANNE LIPPMANN *v.* WALTER LIPPMANN
(9387)

SPALLONE, DALY and NORCOTT, Js.

Argued April 22—decision released May 14, 1991

*Robert M. Davidson,* for the appellant (defendant).
*Arnold Orlovitz,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.